Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

Willard H. Cain
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Steve t. Marshall
Phil K. Seay
Carroll Boone
Johnathon Morrison
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. 4:24-cv-1083-CLM-HNJ
(to be filled in by the Clerk's Office)

FILED
2024 AUG -9 P 12:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

**I.     The Parties to this Complaint**

**A.     The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name: Willard H. Cain
All other names by which you have been known:
ID Number: 134972
Current Institution: Kilby
Address: P.O. Box 150
Mount Miegs, AL 36057
City / State / Zip Code

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Steve T. Marshall
Job or Title *(if known)*: AL State Atty. General
Shield Number:
Employer: State of Alabama
Address: 300 Dexter Ave
Montgomery, AL 36101
City / State / Zip Code

☐ Individual Capacity   ☑ Official Capacity

Defendant No. 2

Name: Phil K. Seay
Job or Title *(if known)*: District Judge
Shield Number:
Employer: State of Alabama
Address: 815 Cogswell Ave Suite 217
Pell City, AL 35125
City / State / Zip Code

☐ Individual Capacity   ☑ Official Capacity

2

Defendant No. 3

    Name: Carol Boone

    Job or Title *(if known)*: assistant District atty.

    Shield Number:

    Employer: State of Alabama

    Address: 815 Cogswell Ave Suite 217

    City: Pell City    State: Al.    Zip Code: 35125

    ☐ Individual Capacity    ☑ Official Capacity

Defendant No. 4

    Name: Johncathon Morrison

    Job or Title *(if known)*: lawyer

    Shield Number:

    Employer: Law office of Williams & Morrison

    Address: P.O. Box 592

    City: Moundville    State: Al.    Zip Code: 35474

    ☐ Individual Capacity    ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th 5th 6th 8th 14th amendments of U.S. Constitution.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The named defendents have in violated the Plaintiffs Constitutional rights, while acting under the color of law herein.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other
   *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Judicial system St. Clair County Al, Courthouse, Pell City Al. 35125. Some events happened @ Ashville Courthouse before moved.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

march 30 2023 arrested no miranda read @ that time.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

the named defendents herein of the state of Al. deprived the Plaintiff of his Liberty and being held imprisonment thereof in the state of Al.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

the Plaintiff was restraint of all liberties whereas he was protected and secured under the condition of the United States Constitution

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① this federal court of the northern District of Bham, Al. order the named defendants herein of the state of Alabama give the Plaintiff a state right to a preliminary hearing and to afford and provide the Plaintiffs constutional rights within that hearing.

② the Plaintiff ask this court of the northern district to make a declatory Judgement that this Judical process and Procedure is unconstitutional.

Basis for these claims is that the Plaintiff was restraint of his liberties, Placed in confinement without due process of law and Equal Protection of law under the United States Constitution.

5

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____ N/A _____
_____ N/A _____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

7

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____N/A_____

    Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____N/A_____

3. Docket or index number _____N/A_____

4. Name of Judge assigned to your case _____N/A_____

5. Approximate date of filing lawsuit _____N/A_____

6. Is the case still pending?

    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* _____N/A_____

9

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Willard H. Caw
Prison Identification #: 134972
Prison Address: P.O. Box 150, Mount Meigs, AL 36057

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/5/2024

Signature of Plaintiff: Willard H. Caw

10

## An addition to Statement of Claim

## Facts & Details

During this arrest by the Law Enforcements office and the whole Intire Judicial Process And proceding the Plantiff's Constutional rights herein where violated by the named defendents herein while Acting under color of State and federal law.

① during Arrest the Plantiff's miranda rights was not legally read unto him in violation of the "4th" amendment of the United States Constution and the records will clearly reflect.

② during this Process and Judicial Proceding by the named defendants herein of the State of Alabama denied the Plantiff his constutional rights to a bond under the 8th Amendment by using a unconstitutional State Law called Aniah's. the Plantiff was held in restraint of his liberties in the St Clair County Jail from 3/30/23 till 07/28/24.

③ during this Judicial Process and Procedeing the Plantiff's rights to a preliminary hearing and his constutional rights were unconstutional waived without the Plantiff's permission nor did the Plantiff sign any documents whatsoever to weave his constutional right. the Plantiff had no knowledge and no notice was given during this State Proceding

Continued

③ and ~~Constitional~~ under the Alabama constition and the United States Constutition. the Plaintiff's right to a preliminary hearing and his constutitional rights within a Preliminary hearing was waived. the rights to call witneses on his behalf, right to cross EXAMINE witnesses also rights to present Evidence on his behalf rights to dispute Evidence and the right to testify of his own behalf, the right to face accuser. When these rights were waived the plaintiff was restraint of his liberties without due Process of law under the 6th and 14th Amendment of the Equal protection Clauses

④ During this whole intire Judicial Process and Proceeding the Plaintiffs lawyer was ineffective and assistant of Councel and Instrument for the state of Alabama, he was on the oppisite side with the district Attorney's office by helping prosecuting the Plaintiff, the name lawyer herein this complaint Coercion threats and false Promises lead into an addmission of guilt. As a result of this action the Plaintiff was deprived of his liberty and being held in restraint of his liberty into imprisonment under and in violation of the 4th, 5th, 6th, 8th and the 14th amendments of the United States Constutition.      08/02/2024

Plaintiff Willard R. Cain

Willard H. Cain AIS# 134972
C/O Kilby Correctional Facility
P.O. Box 150
Mount Miegs Al. 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Legal Mail

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36117
02 7H
0006145339
$ 000.97⁰
AUG 06 2024

United States District Court
Office of the Clerk
Northern District of Alabama.
Room 140
United States Courthouse
1729 5th Avenue North
Birmingham Al. 35203