**FOR USE BY INCARCERATED PERSONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2024 AUG -9 P 12: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

*APPLICATION TO PROCEED IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security

1. Your full name: **Willard H. Cain**
   Present mailing address: **P.O. Box 150**
   **Mount Meigs AL 36057**

2. Are you presently employed?   Yes ☐   No ☑

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.
   Name and Address: **N/A**

   Amount of earnings: $_____ per *(specify pay period)* _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.
   Name and Address: **N/A**

   Date last worked: **N/A**
   Amount of earnings: $_____ per *(specify pay period)* _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ☐   No ☑
   (b) Interest, dividends, rents or investment income of any kind?   Yes ☐   No ☑
   (c) Pensions, annuities, or life insurance payments?   Yes ☐   No ☑
   (d) Gifts or inheritances?   Yes ☐   No ☑
   (e) Any other sources?   Yes ☐   No ☑

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

1

4. Do you own cash, or do you have any money in any checking or saving accounts, including your prison or jail account? Yes ☐ No ☑

If the answer is "yes," state the total amount. $ N/A

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes ☐ No ☑

If the answer is "yes," describe the property and state its approximate value.

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support. N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8-5-24

_____
SIGNATURE OF PLAINTIFF

ADDRESS  Po Box 150
Mount Meigs Al. 36057

PRISONER NUMBER  134972

### ★★★ IMPORTANT NOTICE ★★★

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

Willard H Cain AIS #134972 Bed 33A

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, § 804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include **both** the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner _Cain, Willard H. 134972_ has been incarcerated in this institution since _July 26_, _2024_, and that the prisoner has the sum of $ _172.64_ in his/her prison or jail trust account on this the _5th_ day of _August_, _2024_. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 |  | $ Refer to Print-Outs $ |  |
| Month 2 |  | $ | $ |
| Month 3 |  | $ | $ |
| Month 4 |  | $ | $ |
| Month 5 |  | $ | $ |
| Month 6 |  | $ | $ |
| Current month (if less than full month) |  | $ | $ |

Dated: _08/05/2024_

_[signature]_
Signature of Authorized Officer of Institution

_Kilby CF_
Name of Institution

**KILBY CORRECTIONAL FACILITY**
**P.O. BOX 150**
**MT. MEIGS, ALABAMA 36057-0150**

3

|  | Average Balance | Gross Deposits |
|---|---|---|
| 07/31/2024 | $6.45 | $100.00 |
| 06/30/2024 | $0.00 | $0.00 |
| 05/31/2024 | $0.00 | $0.00 |
| 04/30/2024 | $0.00 | $0.00 |
| 03/31/2024 | $0.00 | $0.00 |
| 02/29/2024 | $0.00 | $0.00 |
| 01/31/2024 | $0.00 | $0.00 |
| 12/31/2023 | $0.00 | $0.00 |
| 11/30/2023 | $0.00 | $0.00 |
| 10/31/2023 | $0.00 | $0.00 |
| 09/30/2023 | $0.00 | $0.00 |
| 08/31/2023 | $0.00 | $0.00 |
|  | $0.54 | $100.00 |

KILBY CORRECTIONAL FACILITY
P.O. BOX 150
MT. MEIGS, ALABAMA 36057-0150