## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**WILLARD H. CAIN,**
    Plaintiff,

**v.**

**STEVE T. MARSHALL,** et al.,
    Defendants.

**Case No. 4:24-cv-1083-CLM-HNJ**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court dismiss this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 9). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. §1915A(b), the court will dismiss this case without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on August 27, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE